# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **LARRY BEAULIEU** | **CIVIL ACTION** |
| **VERSUS** | **NO. 17-558-SDD-EWD** |
| **WATCO COMPANIES, LLC ET AL** | |

## NOTICE AND ORDER

Before the Court is a Motion for Leave to File Petition of Intervention and Certificate of No Opposition to the Filing and Granting of This Motion ("Motion for Leave"), filed by Intervenor American Interstate Insurance Company ("Intervenor").[1] In the Complaint of Intervention proffered with the Motion for Leave, Intervenor makes the following allegations regarding the citizenship of the parties:[2]

> AMERICAN INTERSTATE INSURANCE COMPANY ("INTERVENOR"), a workers compensation insurer authorized to do and doing business in the State of Louisiana, in its capacity as worker's compensation insurer of GULF TRANSPORTATION ("EMPLOYER") and assuming the position of intervenor respectfully states as follows:

1

Made defendants to the claim asserted in this intervention are:

a. LARRY BEAULIEU ("PLAINTIFF"), who, upon information and belief is a person of full age of majority domiciled in the Parish of East Baton Rouge, Louisiana;

b. WATCO TRANSLOADING, L.L.C, ("WATCO"), which upon information and belief is a foreign corporation formed, organized and registered in the state of Delaware with its principal place of business in the state of Kansas, and which is registered to do and doing business within the jurisdiction of this court; and

---

[1] R. Doc. 53.
[2] R. Doc. 53-1, p. 2.

c. NAVIGATORS INSURANCE COMPANY ("NAVIGATORS"), which upon information and belief is a foreign insurance corporation formed, organized, and registered in the state of New York, and which is registered to do and doing business within the jurisdiction of this court.

Proper information regarding the citizenship of all parties is necessary to establish the Court's diversity jurisdiction. In the Complaint of Intervention, citizenship has been adequately alleged as to Plaintiff and Defendant Watco.[3] Further, while Intervenor's allegations are insufficient as to Defendant Navigators, Plaintiff's Third Amended Complaint properly alleges Navigator's citizenship.[4] In contrast, citizenship has not been adequately alleged with respect to Intervenor. As set forth above, the Complaint of Intervention asserts that Intervenor, American Interstate Insurance "Company," is a workers compensation insurer. For purposes of diversity, "A corporation is a citizen of its place of incorporation and its principal place of business." 28 U.S.C. § 1332(c). *See also, Getty Oil, Div. of Texaco v. Ins. Co. of North America*, 841 F.2d 1254, 1259 (5th Cir. 1988) (In diversity cases involving corporations, "allegations of citizenship must set forth the state of incorporation as well as the principal place of business of each corporation."). Thus, to properly allege the citizenship of a corporation, a party must identify the place of incorporation and the corporation's principal place of business in accordance with the requirements of 28 U.S.C. § 1332(c). Accordingly, Intervenor must properly identify its citizenship, *i.e.*, place of incorporation and principal place of business.

**IT IS HEREBY ORDERED** that proposed Intervenor, American Interstate Insurance Company, shall have seven (7) days from the date of this Order to file a motion to substitute its

---

[3] Intervenor's citizenship allegations with respect to Defendant Watco assert that Watco is a "foreign corporation." R Doc. 53-1, ¶ 1-b. In his latest complaint, however, Plaintiff alleges that Watco is a "foreign limited liability company." *See* R. Doc. 47, ¶ 1-B. Despite this apparent conflict, both Intervenor's and Plaintiff's allegations adequately assert the citizenship of a corporation and a limited liability company, respectively, and further establish that Watco is diverse from Plaintiff.

[4] R. Doc. 47, ¶ 1-A. "NAVIGATORS INSURANCE COMPANY is a foreign insurance corporation formed, organized, and registered in the state of New York with its principal place of business in New York…."

Motion for Leave with a proposed complaint of intervention that is comprehensive, *i.e.*, that includes all numbered allegations, as revised, supplemented, and/or amended without reference to any other document in the record, and that adequately alleges the citizenship of all parties to establish that the Court has diversity jurisdiction over the case.

Signed in Baton Rouge, Louisiana, on August 28, 2018.

                                        **ERIN WILDER-DOOMES**
                                        **UNITED STATES MAGISTRATE JUDGE**